UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JAMES STILE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) 2:12-cv-00260-JAW |
| CUMBERLAND COUNTY JAIL, et al., | ) |
| Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed March 26, 2013 (ECF No. 36), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Motion to Dismiss (ECF No. 25) be and hereby is GRANTED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 6th day of May, 2013